■ In the Matter of the PEOPLE OF THE STATE OF NEW YORK ex rel. CARL FRASER, Appellant, v WARDEN, G.M.D.C., New York City Department of Corrections, Respondent. [46 NYS3d 412]—

Appeal from judgment (denominated an order), Supreme Court, New York County (Larry R.C. Stephen, J.), entered April 24, 2012, denying the petition for a writ of habeas corpus and dismissing the proceeding brought pursuant to CPLR article 70, unanimously dismissed, without costs, as moot.

This appeal challenging the legality of petitioner's preconviction detention is moot, since petitioner is currently incarcerated following his conviction and sentencing (*see People ex rel. Mason v Warden*, 138 AD3d 501 [1st Dept 2016]). Petitioner has failed to demonstrate the applicability of an exception to the mootness doctrine (*see Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715 [1980]). Concur—Tom, J.P., Renwick, Saxe, Feinman and Gesmer, JJ.